# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SALINAS VAZQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. M. ESCOBEDO, et. al.,<br><br>　　　　　Defendants. | Case No. EDCV 14-129-GW (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the Motion to Dismiss, all relevant materials, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) granting the instant Motion to Dismiss; and (2) dismissing this action with prejudice.

Dated: August 25, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE