JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL SALINAS VAZQUEZ, | ) | Case No. EDCV 14-129-GW (KK) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| J. M. ESCOBEDO, et. al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: August 25, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE